*E-FILED -10/27/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMAESHI NWOZUZU, | ) | No. C 08-4440 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| PEOPLE OF CALIFORNIA, et al., | ) | |
| Respondents. | ) | |

The court has dismissed the instant pro se habeas petition for failure to state a cognizable claim under 28 U.S.C. § 2254. A judgment of dismissal without prejudice is hereby entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/22/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Nwozuzu440jud.wpd      1